UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EDGAR J. DIETRICH,

        Plaintiff,

v.

PETER K. TIERNAN, M.D.,

        Defendant.

                                          /

Case No. 15-13559

Honorable John Corbett O'Meara

## **ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION**

      This matter came before the court on plaintiff Edgar J. Dietrich's November 12, 2015 motion for reconsideration of the court's October 22, 2015 order of reassignment. No response was filed, and no oral argument was heard. Local Rule 7.1(h)(2)(E.D. Mich. July 27, 2015).

      On October 22, 2015, this case was reassigned to this docket as a companion case to a previously dismissed action, Case No. 14-10182, which itself had been a companion to the even earlier-filed and dismissed Case No. 13-13935. Plaintiff Dietrich filed a motion for reconsideration of the instant reassignment based on the mistaken belief that it had been transferred to Judge Arthur J. Tarnow.

      This case was reassigned to this court because all of the characteristics of a companion case as provided for in Local Rule 83.11(b)(7)(A)(ii) are met, and this court has consented to accept the case as a companion pursuant to Local Rule 83.11(b)(7)(D).

**ORDER**

Therefore, it is hereby **ORDERED** that plaintiff Dietrich's November 12, 12015 motion for reconsideration is **DENIED.**

                                                 s/John Corbett O'Meara
                                                 United States District Judge

Date: November 20, 2015

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, November 20, 2015, using the ECF system and/or ordinary mail.

                                                 s/William Barkholz
                                                 Case Manager