UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EDGAR J. DIETRICH,

       Plaintiff,

Case No. 15-13559

Honorable John Corbett O'Meara

v.

PETER K. TIERNAN, M.D.,

       Defendant.
                                                     /

**ORDER DENYING PLAINTIFF'S SECOND MOTION FOR RECONSIDERATION**

This matter came before the court on plaintiff Edgar J. Dietrich's November 23, 2015 motion for reconsideration of the court's October 22, 2015 order of reassignment. No response was filed, and no oral argument was heard. Local Rule 7.1(h)(2)(E.D. Mich. July 27, 2015).

Plaintiff Dietrich filed this action October 9, 2015; and the case was drawn to the docket of the Honorable Nancy G. Edmunds. An order was entered October 22, 2015, reassigning the case to this docket as a companion case to a previously dismissed action, Case No. 14-10182, which itself had been a companion to the even earlier-filed and dismissed Case No. 13-13935. Plaintiff Dietrich filed a motion for reconsideration of the reassignment based on the mistaken belief that it had been reassigned to Judge Arthur J. Tarnow.

This case was reassigned to this court because all of the characteristics of a companion case as provided for in Local Rule 83.11(b)(7)(A)(ii) are met, and this court has consented to accept the case as a companion pursuant to Local Rule 83.11(b)(7)(D).

After this court denied Dietrich's November 12, 2015 motion for reconsideration of the reassignment, Dietrich filed a second, nearly identical motion, requesting that the case be transferred

back to Judge Edmunds. This case is properly before this court and will remain here. Plaintiff is advised that his filing of future motions regarding reassignment of this case may be met with an order for sanctions.

## ORDER

Therefore, it is hereby **ORDERED** that plaintiff Dietrich's November 23, 12015 motion for reconsideration is **DENIED.**

                                                              s/John Corbett O'Meara
                                                              United States District Judge

Date: January 4, 2016

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, January 4, 2016, using the ECF system and/or ordinary mail.

                                                              s/William Barkholz
                                                              Case Manager