UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EDGAR J. DIETRICH,

       Plaintiff,

Case No. 15-13559

Honorable John Corbett O'Meara

v.

PETER K. TIERNAN, M.D.,

       Defendant.
       _____/

## ORDER DENYING MOTIONS FOR SUBSTITUTION OF JUDGE

This matter came before the court on plaintiff Edgar J. Dietrich's February 12 and 23, 2016 motions for substitution of judge and/or for recusal or disqualification of this court. Defendant Peter K. Tiernan filed a response March 10, 2016; and Plaintiff filed a reply April 6, 2016. No oral argument was heard.

These motions represent a continued effort on Plaintiff's part to have this matter reassigned to another judge. On November 20, 2015, this court entered an order denying Plaintiff's first motion for reconsideration of this court's order denying reassignment of the case to Judge Nancy G. Edmunds. Plaintiff immediately filed a motion for reconsideration of *that* order, and it was denied January 4, 2016.

As explained in the court's January 4, 2016 order, this case was reassigned to this docket pursuant to Local Rule 83.11(b)(7)(D). Moreover, the court advised Plaintiff that "future motions regarding reassignment of this case may be met with an order for sanctions." Ignoring the admonishment, Plaintiff has filed, less than two weeks apart, *two* additional for "substitution of judge" and for this court's recusal or disqualification.

**ORDER**

It is hereby **ORDERED** that plaintiff Dietrich's February 12, 2016 motion for substitution of judge is **DENIED.**

It is further **ORDERED** that plaintiff Dietrich's February 23, 2016 motion for substitution of judge and/or to recuse or disqualify judge is **DENIED.**

s/John Corbett O'Meara<br>United States District Judge

Date:  April 12, 2016

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, April 12, 2016, using the ECF system and/or ordinary mail.

s/William Barkholz<br>Case Manager