UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EDGAR J. DIETRICH,

    Plaintiff,

Case No. 15-13559

Honorable John Corbett O'Meara

v.

PETER K. TIERNAN, M.D.,

    Defendant.
                                           /

**ORDER DENYING PLAINTIFF'S MOTION TO ALTER OR AMEND JUDGMENT**

      This matter came before the court on plaintiff Edgar J. Dietrich's May 3, 2016 motion to alter or amend judgment pursuant to Rule 59(e) of the Federal Rules of Civil Procedure.

      On April 12, 2016, this court entered an order granting Defendant's motion to dismiss based on lack of jurisdiction and entered judgment in favor of Defendant. Plaintiff Dietrich now seeks to alter or amend the judgment by reasserting the same arguments he made in his response to Defendant's motion to dismiss. "However, Rule 59(e) . . . does not permit parties to effectively 're-argue a case.'" Howard v. United States, 533 F.3d 472, 475 (6th Cir. 2008) (quoting Sault Ste. Marie Tribe of Chippewa Indians v. Engler, 146 F.3d 367, 374 (6th Cir. 1998)).

      Therefore, it is hereby **ORDERED** that plaintiff Dietrich's motion to alter or amend judgment is **DENIED.**

                                           s/John Corbett O'Meara
                                           United States District Judge

Date:  May 9, 2016

     I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, May 9, 2016, using the ECF system and/or ordinary mail.

                                          s/William Barkholz
                                          Case Manager